598 A.2d 28

James R. MARTIN

v.

**Grace G. MARTIN, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1991.

Decided Oct. 30, 1991.

Joseph M. George, Margolis, George & Port, Uniontown, for appellant.

Michael A. Johnson, Mount Pleasant, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.